07-164M

# Violation Notice

| | |
|---|---|
| Violation Number | R 3441294 |
| Officer Name (Print) | FLANAGAN |
| Officer No | F-8463 |

YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☐ USC ☒ State Code |
|---|---|
| 05252007  0012 HRS | DE TITLE 11 § 611 |
| Place of Offense | |
| DE 19018   Bldg #430 patio – Dover AFB | |

Offense Description: DE TITLE 11 § 611 – ASSAULT IN THE THIRD DEGREE; CLASS A MISDEMEANOR

## DEFENDANT INFORMATION

| Last Name | First Name | M.I. | Phone |
|---|---|---|---|
| BERNASKY | MELISSA | L | |

| Street Address | | | |
|---|---|---|---|
| City | State | Zip Code | Date of Birth (mm/dd/yyyy) |
| SMYRNA | DE | 19977 | REDACTED |

| Drivers License No | DL State | Social Security No |
|---|---|---|
| 90 CARD | DE | |

| Adult ☒ | Juvenile ☐ | Sex ☐ Male ☒ Female | Hair BLN | Eyes HAZL | Height 5'11" | Weight 150 |

## VEHICLE DESCRIPTION

| Tag No | State | Year | Make/Model | Color | VIN |
|---|---|---|---|---|---|

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy)

B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy)

PAY THIS AMOUNT →

$ Forfeiture Amount
+ $25 Processing Fee
$ Total Collateral Due

YOUR COURT DATE (If no court appearance date is shown, you will be notified of your appearance date by mail)

Court Address: The Federal Building, 844 King St, Wilmington DE 19801

Date (mm/dd/yyyy) _____ Time (hh:mm) _____

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

x Defendant Signature: Melissa Bernasky

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 25 May, 2007 while exercising my duties as a law enforcement officer in the District of Kent, District of Delaware

I was dispatched to Dorm #430 for a possible Assault. I made contact with A1C ROBERTS, victim, who stated a customer female he knew only as "Melissa" had he had been involved in a verbal dispute when she put her hands around his neck and scratched him. I observed the scratch marks and requested Albert photograph to respond. Six photos were taken. ROBERTS, A1C ANDERSON/WITNESS #1 and A1C MILLER/WITNESS #2 all made statements which all corroborated ROBERTS verbal statements. ROBERTS stated the subject was possibly in room #107 w/ A1C Attempt[?] to BRENDLE Trevor C J W/M Attempt[?] to make contact with BRENDLE, A1C ROBERTS pointed out to the door of room #108. I questioned Posey to enter his room and found CIV BERNASKY Melissa hiding in the closet. BERNASKY was detained, transported to Bldg 910 for processing. BERNASKY was advised of her rights, requested legal counsel and declined to answer questions and released ROR at 0400 hrs

The foregoing statement is based upon

☒ my personal observation   my personal investigation
  information supplied to me from my fellow officer's observation
  other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge

Executed on 05/25/2007   Kelly C. Anger
  Date (mm/dd/yyyy)         Officer's Signature

Probable cause has been stated for the issuance of a warrant

Executed on _____
  Date (mm/dd/yyyy)   U.S. Magistrate Judge

CVR Scan 6/7/2007 10:08:51

REDACTED