**UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

UNITED STATES OF AMERICA

v.

MELISSA L. BERNASKY

CASE NUMBER: R34412S4
07-164M

CONSENT TO PROCEED BEFORE
UNITED STATES MAGISTRATE JUDGE
IN A PETTY OFFENSE/MISDEMEANOR CASE

The United States Magistrate Judge has explained to me the nature of the offense(s) with which I am charged and the maximum possible penalties which might be imposed if I am found guilty. The Magistrate Judge has informed me of my right to the assistance of legal counsel. The Magistrate Judge has also informed me of my right to trial, judgment, and sentencing before a United States District Judge or a United States Magistrate Judge.

✓ _____ I HEREBY waive (give up) my right to trial, judgment and sentencing before a United States District Judge and I consent to trial, judgment and sentencing before a United States Magistrate Judge.

x _Melisa Bernasky_
                                           Defendant

_____ The Magistrate Judge has advised me of my right to have at least thirty (30) days to prepare for trial before the Magistrate Judge. I HEREBY waive (give up) my right to have at least thirty days to prepare for trial.

x _____
                                           Defendant

THIS SECTION FOR MISDEMEANOR CASES ONLY

_____ The Magistrate Judge has advised me of my right to trial by jury for MISDEMEANOR CASES ONLY. I HEREBY waive (give up) my right to trial by jury.

_____
                                           Defendant

FILED
AUG 2 2 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Consent by the United States

_____
                                           Signature

_____
                                           Name and Title

_____
Defendant's Attorney (if any)

Approved By: _____
                                           U.S. Magistrate

Date: _____