IN THE UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

UNITED STATES OF AMERICA :

      Plaintiff, :

      v. :   VIOLATION NOTICE NO. R3441294

Melissa L. Bernasky :
      Defendant. :

## MOTION AND ORDER TO DISMISS

**NOW COMES** the United States of America, by its attorney, Colm F. Connolly, United States Attorney for the District of Delaware, and moves for the dismissal of the charges, with prejudice, in the above captioned case for Melissa L. Bernasky.

                                      COLM F. CONNOLLY
                                      United States Attorney

BY: _____
       KHELA VON LINSOWE, Captain, USAF
       Special Assistant United States Attorney

DATE: January 16, 2008

IT IS SO ORDERED this 16th day of January 2008.

_____
HONORABLE LEONARD P. STARK
United States Magistrate Judge